IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD W. FRANCIS,

        Petitioner,                    No. CIV S-08-2597 GGH P

    vs.

RICHARD B. IVES,

        Respondent.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2251. On January 12, 2009, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's January 12, 2009, motion to dismiss should not be granted.

DATED: March 23, 2009                          /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

GGH:035
fran2597.46

1