IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD W. FRANCIS,

    Petitioner,                    No. CIV S-08-2597 GGH P

   vs.

RICHARD B. IVES,

    Respondent.                <u>ORDER</u>

_____/

       By order filed March 23, 2009, petitioner was ordered to show cause, within thirty days, why respondent's January 12, 2009, motion to dismiss should not be granted. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

       IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: May 11, 2009

                                           /s/ Gregory G. Hollows
                                           UNITED STATES MAGISTRATE JUDGE

GGH:035
fran2597.fsc

1